**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PROCOMM INTERNATIONAL PTE. LTD., Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-9-RWS-RSP |
| VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC., Defendants. | § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form. As used in this Verdict Form, the following terms have the following meanings:

- "Plaintiff" or "Procomm" refers to Plaintiff Procomm International Pte. Ltd.
- "Ericsson" refers to Defendants Ericsson Inc. and Telefonaktiebolaget LM Ericsson
- "Verizon" refers to Defendants Verizon Communications, Inc., and Cellco Partnership d/b/a Verizon Wireless
- "Defendants" refers collectively to Defendants Ericsson and Verizon
- The "'813 Patent" refers to U.S. Patent No. 8,497,813.

**QUESTION NO. 1:**

Did Procomm prove, by a preponderance of the evidence, that the Accused Products infringe Claim 1 of the '813 Patent?

Answer "Yes" in favor of Procomm or "No" in favor of Defendants.

Yes __ (for Procomm) No ✓ (for Defendants)

**QUESTION NO. 2:**

Did Defendants prove, by clear and convincing evidence, that Claim 1 of the '813 Patent is invalid?

Answer "Yes" in favor of Defendants or "No" in favor of Procomm.

Yes __ (for Defendants) No ✓ (for Procomm)

**If you answered "No" to Question 1 (in favor of Defendants), then DO NOT answer Question Nos. 3a-3d below.**

**If you answered "Yes" to Question No. 2 (in favor of Defendants), then DO NOT answer Question Nos. 3a-3d below.**

**Answer Question Nos. 3a-3d ONLY IF you answered BOTH "Yes" to Question No. 1 (in favor of Plaintiff) AND "No" to Question No. 2 (in favor of Plaintiff).**

**QUESTION NO. 3a:**

For the Accused Product that you found to infringe in Question No. 1, what sum of money, if paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate Procomm for Defendants' infringement of Claim 1 of the '813 Patent?

Answer in United States Dollars and Cents, if any:

$ ______________________________________________

**QUESTION NO. 3b:**

Are the reasonable royalties that you found in Question No. 3a:

[ ] A lump sum for the life of the patent, or

[ ] A running royalty through Fall 2025?

**QUESTION NO. 3c:**

Did Procomm prove by a preponderance of the evidence that Ericsson willfully infringed Claim 1 of the '813 Patent?

Answer "Yes" in favor of Procomm or "No" in favor of Ericsson.

Yes ____________ **OR** No ____________

**QUESTION NO. 3d:**

Did Procomm prove by a preponderance of the evidence that Verizon willfully infringed Claim 1 of the '813 Patent?

Answer "Yes" in favor of Procomm or "No" in favor of Verizon.

Yes ____________ **OR** No ____________

**FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 20 day of February, 2026

[redacted]